Honorable Ronald B. Leighton

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| THOMAS EDWARD DESKINS,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF BREMERTON, a Washington State Municipal Corporation; KENT MAYFIELD, in his capacity as a police officer for the City of Bremerton, and as an individual; CHARLES BATES, in his capacity as a police officer for the City of Bremerton, and as an individual; and KRISTA HEDSTROM, a Washington State Trooper, as an individual,<br><br>    Defendants. | No. C08-5127 RBL<br><br>STIPULATION AND ORDER TO CONTINUE DEADLINES FOR MEDIATION AND FILING MOTIONS IN LIMINE TO MAY 8, 2009 |

## **STIPULATION**

The parties stipulate as follows:

1.  The Minute Order Setting Trial, Pretrial Dates and Ordering Mediation requires the parties to mediate the case pursuant to CR 39.1 (c)(3) no later than May 4, 2009 and to file motions in limine no later than May 4, 2009.

2.  All parties have filed motions for summary judgment calendared for April 3, 2009.

Stipulation and Order to Continue Mediation
and Motion in Limine Deadlines
No. 08-5127 RBL
Page 1

Roger A. Lubovich
Bremerton City Attorney
345 6th Street, Suite 600, Bremerton, Washington 98337
Phone: 360-473-2345  Fax: 360-473-5161

3. Mark Koontz, counsel for City defendants, has a long-standing family vacation out of state scheduled for April 23 through May 4, 2009.

4. The parties believe that the mediation will be more likely to succeed if the mediation is held after Mr. Koontz returns from vacation.

5. The parties request that the deadline for mediation and the deadline for filing motions in limine be continued to May 8, 2009.

DATED this 31st day of March, 2009.

| | |
|---|---|
| ROGER A. LUBOVICH<br>Bremerton City Attorney | MUENSTER & KOENIG |
| By: /s/ Mark E. Koontz<br>Mark E. Koontz, WSBA #26212<br>Attorney for Defendants City of Bremerton,<br>   Kent Mayfield and Charles Bates | By: /s/ John R. Muenster<br>John R. Muenster, WSBA #6237<br>Attorney for Plaintiff |

OFFICE OF WASHINGTON STATE
  ATTORNEY GENERAL

By: /s/ Kenneth Orcutt
Kenneth Orcutt, WSBA #10858
Attorney for Defendant Hedstrom

## **ORDER**

Based on the above stipulation of the parties, It Is Ordered that the deadline for mediation pursuant to CR 39.1(c)(3) and the deadline for filing motions in limine be continued to May 8, 2009.

ENTERED this 1st day of April, 2009.

                                            _____
                                            RONALD B. LEIGHTON
                                            UNITED STATES DISTRICT JUDGE

Stipulation and Order to Continue Mediation
and Motion in Limine Deadlines
No. 08-5127 RBL
Page 2

Roger A. Lubovich
Bremerton City Attorney
345 6th Street, Suite 600, Bremerton, Washington 98337
Phone: 360-473-2345  Fax: 360-473-5161

Presented by:

ROGER A. LUBOVICH
Bremerton City Attorney


By: /s/ Mark E. Koontz
Mark E. Koontz, WSBA #26212
Attorney for Defendant City of Bremerton

MUENSTER & KOENIG


By: /s/ John R. Muenster
John R. Muenster, WSBA #6237
Attorney for Plaintiff

OFFICE OF WASHINGTON STATE
 ATTORNEY GENERAL


By: /s/ Kenneth Orcutt
Kenneth Orcutt, WSBA #10858
Attorney for Defendant Hedstrom

Stipulation and Order to Continue Mediation
and Motion in Limine Deadlines
No. 08-5127 RBL
Page 3

Roger A. Lubovich
Bremerton City Attorney
345 6th Street, Suite 600, Bremerton, Washington 98337
Phone: 360-473-2345  Fax: 360-473-5161