Honorable Ronald B. Leighton

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

THOMAS EDWARD DESKINS,

      Plaintiff,

v.

CITY OF BREMERTON, et al.,

      Defendants

No. C08-5127 RBL

PLAINTIFF'S AMENDED UNOPPOSED MOTION TO FILE AN OVERLENGTH BRIEF IN RESPONSE TO DEFENDANT/TROOPER HEDSTROM'S MOTION FOR PARTIAL SUMMARY JUDGMENT, AND ORDER

Noted for Consideration: March 31, 2009

COMES NOW the plaintiff, Thomas Edward Deskins, by and through his attorney, John R. Muenster, and moves this Honorable Court for an order granting plaintiff leave to file an overlength brief in opposition to defendant/Trooper Hedstrom's motion for partial summary judgment, due to the number of issues which needed to be addressed.

In support of this motion, the following is shown:

PLAINTIFF'S AMENDED MOTION TO FILE
OVERLENGTH BRIEF - 1

**MUENSTER & KOENIG**
JOHN R. MUENSTER, INC., P.S.
1111 THIRD AVE., SUITE 2220
SEATTLE, WASHINGTON 98101
(206)467-7500
FAX: (206)467-0101

(1) Undersigned counsel contacted counsel for defendant/Trooper Hedstrom, Ken Orcutt, via telephone on Monday, March 30th, about this motion. Mr. Orcutt advised the undersigned that he did not oppose the motion.

(2) Plaintiff's response has been prepared and was filed yesterday, March 30, 2009, Document No. 51.

(3) The following issues were briefed:

    (a) The traffic stop of Mr. Deskins was unreasonable under the Fourth Amendment;

    (b) Defendant Hedstrom did not have reasonable suspicion to stop Mr. Deskins for driving under the influence;

    (c) Mr. Deskins was arrested when the police drew their guns and aimed their guns at him;

    (d) Trooper Hedstrom lacked grounds to arrest Mr. Deskins under RCW 46.61.021;

    (e) The trooper was not authorized to detain Mr. Deskins under RCW 46.61.021(2);

    (f) Trooper Hedstrom did not have probable cause to arrest Mr. Deskins for obstructing;

    (g) Trooper Hedstrom did not have probable cause to arrest Mr. Deskins for driving under the influence;

    (h) Trooper Hedstrom used excessive force by pointing her firearm at Mr. Deskins;

    (i) Analysis of the use of force principles of analysis under *Graham v. Connor*;

    (j) Trooper Hedstrom is liable for Officer Mayfield's use of the taser;

    (k) Trooper Hedstrom is not entitled to qualified immunity;

PLAINTIFF'S AMENDED MOTION TO FILE
OVERLENGTH BRIEF - 2

**MUENSTER & KOENIG**
JOHN R. MUENSTER, INC., P.S.
1111 THIRD AVE., SUITE 2220
SEATTLE, WASHINGTON 98101
(206)467-7500
FAX: (206)467-0101

(l) The constitutional rights at issue were clearly established.

Based on the foregoing, undersigned counsel requests that the Court enter the attached proposed order granting permission to file the overlength brief, Document No. 51.

DATED this the 31st day of March, 2009.

Respectfully submitted,

MUENSTER & KOENIG


By: S/John R. Muenster
    JOHN R. MUENSTER
    WSBA No. 6237
    Attorney at Law
    Of Attorneys for Plaintiff Thomas Edward Deskins

*ORDER*

The Court has reviewed plaintiff's unopposed motion to file an overlength brief in response to defendant/Trooper Hedstrom's motion for partial summary judgment. The Court finds that the requested relief is appropriate. Accordingly,

IT IS HEREBY ORDERED that plaintiff's motion to file an overlength brief in response to defendant/Trooper Hedstrom's motion for partial summary judgment be, and the same hereby is, granted; and

IT IS FURTHER ORDERED that the overlength brief shall be received and filed.

DATED this 1st day of April, 2009.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

PLAINTIFF'S AMENDED MOTION TO FILE
OVERLENGTH BRIEF - 3

**MUENSTER & KOENIG**
JOHN R. MUENSTER, INC., P.S.
1111 THIRD AVE., SUITE 2220
SEATTLE, WASHINGTON 98101
(206)467-7500
FAX: (206)467-0101

1 | Presented by:
2 | MUENSTER & KOENIG
3 |
4 | By: S/John R. Muenster
   |     John R. Muenster
   |     Attorney at Law
5 |     WSBA No. 6237
6 | Of Attorneys for Plaintiff Thomas Edward Deskins

28 | PLAINTIFF'S AMENDED MOTION TO FILE
     OVERLENGTH BRIEF - 4

**MUENSTER & KOENIG**
JOHN R. MUENSTER, INC., P.S.
1111 THIRD AVE., SUITE 2220
SEATTLE, WASHINGTON 98101
(206)467-7500
FAX: (206)467-0101