HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| THOMAS EDWARD DESKINS,<br><br>        Plaintiff,<br><br>    v.<br><br>CITY OF BREMERTON, et. Al.,<br><br>        Defendants. | Case No. C08-5127 RBL<br><br>ORDER GRANTING MOTION FOR RECONSIDERATION |

THIS MATTER comes before the Court on Plaintiff's Motion for Reconsideration (Dkt. 74) of the Court's prior Order (Dkt. 73). Plaintiff contends that it was error to dismiss Plaintiff's state law battery claim against the City. The Plaintiff's Motion for Reconsideration is GRANTED, and the state law battery claims against the City are REINSTATED.

Dated this 5th day of May, 2009.

_/s/ Ronald B. Leighton_
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER
Page - 1